

US-00036710



US-00036711



US-00036712



US-00036713



US-00036714



US-00036715



US-00036716



US-00036717



US-00036718



US-00036719



## Transaction Successful

| | |
|---|---|
| Paid On | 20 Feb 2021, 02:13 GMT+1 |
| Sender | UMETI, EBUKA RAPHAEL |
| Beneficiary | TEE'S HIVE FURNITURE AND INTERIOR DEC |
| Beneficiary Bank | STERLING BANK PLC |
| Amount | 40,000 NGN |

**Done**

Transfer receipt has been generated

Share    Preview

Select "Payment" on the dashboard to pay for bills and more as shown below

   
Cable TV    Internet Subscription    Sports and Gaming    Electricity and Water

Make instant transfers to other banks with your GTWorld or Mobile Banking App. Select "Transfers" to begin

US-00036720



US-00036721



US-00036722



US-00036723



US-00036724



US-00036725